UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PETERSEN, et al., Plaintiffs, v. NATERA, INC., Defendant. | Case No. 24-cv-07062-JST<br>**ORDER CONSOLIDATING CASES AND SETTING SCHEDULE**<br>Re: ECF No. 79 |
| MELISSA KLEIN, et al., Plaintiffs, v. NATERA, INC., Defendant. | Case No. 26-cv-05231-JST |

After considering the parties' stipulation to extend discovery deadlines, ECF No. 79,[1] and the parties' response to the Court's order requiring additional information, ECF No. 81, the Court finds good cause to grant the parties' request to consolidate the above cases. The Clerk shall close the file in *Klein*, Case No. 26-cv-05231.

The Court sets the following deadlines:

| Event | Deadline |
|---|---|
| Deadline to file consolidated amended complaint | August 28, 2026 |
| Deadline to respond to consolidated amended complaint | October 2, 2026 |

[1] ECF citations refer to the docket in *Petersen*, Case No. 24-cv-07062.

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Fact discovery cut-off | April 22, 2027 |
| Class certification motion and Plaintiffs' class certification expert disclosures due | May 21, 2027 |
| Class certification opposition and Defendant's class certification expert disclosures due | June 22, 2027 |
| Class certification reply and rebuttal class certification expert disclosures due | July 22, 2027 |
| Expert discovery cut-off | August 23, 2027 |
| Hearing on motion for class certification | August 26, 2027 |

**IT IS SO ORDERED.**

Dated: August 10, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California